# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBERT G. OLVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAPLAN, INC., KAPLAN HIGHER EDUCATION, LLC, and IOWA COLLEGE ACQUISITION, LLC d/b/a KAPLAN UNIVERSITY,<br><br>Defendants. | Case No. 1:15-cv-00549-TWT |

## ORDER GOVERNING COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS

Having read and considered the Parties' Joint Motion for Entry of an Order Governing Communications with Putative Class Members, and in accord with Local Rule 23.1(C)(2), for good cause shown, it is ORDERED as follows:

1. Plaintiff and Plaintiff's counsel are prohibited from contacting or communicating with putative class members. The only exception to this general prohibition shall be when a putative class member makes an unsolicited attempt to contact Plaintiff or Plaintiff's counsel regarding individual representation in this lawsuit. In such circumstance, Plaintiff or Plaintiff's counsel may respond to the specific inquiry regarding individual representation.

24403313 v1

2. Defendants are permitted to contact and communicate with any putative class members with whom Defendants have an ongoing business relationship.

3. With respect to putative class members with whom Defendants do not have an ongoing business relationship, Defendants and Defendants' counsel are prohibited from contacting or communicating with such putative class members regarding the pending litigation. This prohibition does not include communications regarding any matter other than the present litigation, and such communications are expressly permitted. Further, an exception to the foregoing prohibition shall exist when a putative class member with whom Defendants do not have an ongoing business relationship makes an unsolicited attempt to contact Defendants or Defendants' counsel seeking information about the present lawsuit. In such circumstance, Defendants or Defendants' counsel may respond to the specific inquiry.

SO ORDERED this 31st day of August, 2015.

    /s/Thomas W. Thrash  
THOMAS W. THRASH  
U.S. DISTRICT JUDGE