# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ROBERT G. OLVER, individually and on behalf of all others similarly situated,** | : : : : |
| **Plaintiff,** | : : |
| v. | : Civil Action No. <u>1:15-cv-00549-TWT</u> : |
| **KAPLAN, INC., KAPLAN HIGHER EDUCATION, LLC, and IOWA COLLEGE ACQUISITION, LLC d/b/a KAPLAN UNIVERSITY,** | : : : : : |
| **Defendants,** | : |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

1.  This proceeding is being bifurcated to deal with individual named Plaintiff's claims in advance of class claims and allegations. This Scheduling Order governs only the named Plaintiffs' claims. To the extent any named Plaintiffs' claims survive dispositive motion practice, Counsel for the parties will confer,

25151448 v1

submitting a proposed scheduling order providing for discovery and other matters relating class claims and allegations to the extent appropriate.

2.  Plaintiffs' deadline to amend pleadings and add parties shall be October 9, 2015.

3.  Defendants' deadline to amend pleadings shall be October 23, 2015.

4.  Plaintiffs' deadline to disclose experts and provide the information required by Rule 26 of the Federal Rules of Civil Procedure shall be December 10, 2015.

5.  Defendants' deadline to disclose experts and provide the information required by Rule 26 of the Federal Rules of Civil Procedure shall be April 8, 2016.

6.  The discovery deadline shall be May 6, 2016.

7.  The dispositive motion deadline shall be June 10, 2016.

IT IS SO ORDERED, this 15th day of September, 2015.

/s/Thomas W. Thrash
UNITED STATES DISTRICT JUDGE