| Attorney or Party without Attorney:<br>Jarrett L. Ellzey, Esq.<br>Hughes Elizey, LLP<br>2700 Post Oak Blvd, Suite 1120<br>Houston, TX 77056<br>Telephone No: 713-554-2377  FAX No: 888-995-3335<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Northern District Of Georgia Atlanta Division

Plaintiff: Robert G. Olver, et al.
Defendant: Kaplan, Inc., et al.

| **AFFIDAVIT OF SERVICE** | Hearing Date:<br>Thu, Nov. 12, 2015 | Time:<br>5:00PM | Dept/Div: | Case Number:<br>115CV00549TWT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

3. a. Party served:           Docusign, Inc.
   b. Person served:          Jenny Le, Person Authorized to Accept

4. Address where the party was served:   CSC Lawyers
                                          2710 Gateway Oaks Dr, Suite 150 N
                                          Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Oct. 22, 2015 (2) at: 3:45PM
   b. I received this subpoena for service on:   Thursday, October 22, 2015

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**                    Fee for Service:    $27.50
   a. Daniel S. Singh



**1500 W. El Camino Avenue, #510**
**Sacramento, CA 95833**
**855-5VALPRO, Fax (866) 900-4665**
Valpro  **www.ValproAttorneyServices.com**

8. I declare under penalty of perjury under the laws of the State of GEORGIA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE                                (Daniel S. Singh)           hughesel.5420